FEBRUARY 23, 2004

No. 03–7818. GAINES *v.* DISTRICT COURT OF TEXAS, DALLAS COUNTY. Ct. App. Tex., 5th Dist. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.

No. 03–8018. SIEGEL *v.* CRESCENT POTOMAC PROPERTIES, LLC, ET AL. Sup. Ct. Va. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.

No. 03A463. COLVIN *v.* CURTIS, WARDEN. C. A. 6th Cir. Application for stay, addressed to JUSTICE GINSBURG and referred to the Court, denied.

No. 03A542. WHEELER ET AL. *v.* UNITED STATES. C. A. 5th Cir. Application for stay, addressed to JUSTICE THOMAS and referred to the Court, denied.

No. 03M45. WILLIAMS *v.* CAREY, WARDEN;
No. 03M46. MILSTEIN *v.* COOLEY ET AL.; and
No. 03M47. WORTHY *v.* SCOGGIN. Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.

No. 02–1624. ELK GROVE UNIFIED SCHOOL DISTRICT ET AL. *v.* NEWDOW ET AL. C. A. 9th Cir. [Certiorari granted, *ante,* p. 945.] Motion of the Solicitor General for divided argument granted. Motions of Pacific Justice Institute and Institute in Basic Life Principles, Faith and Action, et al. for leave to participate in oral argument as *amici curiae* and for divided argument denied. JUSTICE SCALIA took no part in the consideration or decision of these motions.